SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Tel.: (212) 404-8725
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,

          Plaintiff,

-against-                                              RULE 7.1 STATEMENT

CANDOR CONSTRUCTION GROUP, INC.,
And DENNIS ULVERSOY

          Defendants.
-------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for JPMorgan Chase Bank, N.A. certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

      JPMorgan Chase & Co.

Dated: New York, New York
      July ___, 2008

                                      SATTERLEE STEPHENS BURKE
                                      & BURKE LLP

                                      By:_____
                                         Roberto Carrillo (RC-0721)

                                      230 Park Avenue
                                      New York, New York 10169
                                      Tel.: (212) 404-8725
                                      Attorneys for Plaintiff

742104_1